NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1736


ZANE AMES, ET AL.

VERSUS

CHEROKEE NATIONAL LIFE INS. CO.


**********


APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 38250
HONORABLE KATHY A. JOHNSON, DISTRICT JUDGE


**********


**BILLY HOWARD EZELL**
**JUDGE**


**********


Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.

**REVERSED AND RENDERED.**

**Robert Lawrence Beck Jr.**
**Rivers, Beck, Dalrymple & Ledet**
**P. O. Drawer 12850**
**Alexandria, LA 71315-2850**
**(318) 445-6581**
**Counsel for: Plaintiffs/Appellees**
**Zane Ames**

**Tanya Ames Knapp**
**Feleena Ames McCaughey**
**John Gutierrez McLure**
**McLure & Pickels, L.L.P.**
**Attorney at Law**
**P. O. Box 1525**
**Alexandria, LA 71309**
**(318) 445-5317**
**Counsel for: Defendant/Appellant**
**Cherokee National Life Insurance Company**